*In re* FERNANDO CRUZ TOLLINCHE, querellado.

*Número:* O-80-49     *Resuelto:* 7 de mayo de 1982

*Héctor A. Colón Cruz, Procurador General,* y *Eliadís Orsini Zayas, Procuradora General Auxiliar,* abogados promoventes; *Francisco Radinson Pérez,* abogado del querellado.

PER CURIAM: El Procurador General formuló querella sobre conducta profesional impropia contra el Lic. Fernando Cruz Tollinche consistente de tres cargos, a saber: (1) no cumplir fielmente con el deber de proteger los intereses de su cliente Cristino Rosa Quintero al no contestar diligentemente unos interrogatorios en un caso civil, por cuya razón fue desestimado; (2) dilatar indebidamente la tramitación del caso antes mencionado; y (3) exigirle a su cliente la firma de un relevo de responsabilidad como condición para entregarle los documentos del citado caso, los cuales nunca entregó, impidiendo así que contratara otro abogado. (Cánones 12, 20 y 24.)

Previa contestación, designamos Comisionado al ex juez superior Hon. Ramón Pérez De Jesús con la encomienda de recibir y evaluar la prueba. Oportunamente, previa audiencia y vista, éste sometió su informe —con el cual coinciden las partes— en que determina que no fueron probados los cargos y que la desestimación de la causa civil 72-2270 y el incidente sobre el documento de relevo y entrega de expediente, se debieron a la negligencia y falta de cooperación del cliente quejoso, quien mintió respecto a que no firmó dicho recibo.

Únicamente la prueba refleja que el abogado Cruz Tollinche "cometió el error de juicio de no renunciar su

representación legal ante la conducta del cliente y por la cual el abogado respondía ante el foro judicial". Ante dicha equivocación basta como única sanción la dimanante del trámite aleccionador de la querella.

En virtud de lo expuesto *se ordenará el archivo de la querella.*

El Juez Asociado Señor Irizarry Yunqué no intervino.